# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 15-1209
_____

United States of America

Plaintiff - Appellee

v.

Timothy DeFoggi, also known as fuckchrist, also known as PTasseater

Defendant - Appellant

_____

Appeal from U.S. District Court for the District of Nebraska - Omaha
(8:13-cr-00105-LSC-1)
_____

**JUDGMENT**

Before RILEY, Chief Judge, BEAM and KELLY, Circuit Judges.

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in part, vacated in part, and remanded to the district court for proceedings consistent with the opinion of this court.

October 06, 2016

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
       /s/ Michael E. Gans